PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: WESTBROOK, Larry     Cr.: 05-00367-001
PACTS Number: 42289

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise, Sr. U.S.D.J.

Date of Original Sentence: 11/30/05

Original Offense: Unlawful Possession of a Firearm

Original Sentence: 57 months imprisonment; three years supervised release; $100 special assessment. Special condition: DNA collection.

Type of Supervision: Supervised Release     Date Supervision Commenced: 06/02/09

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows. The addition of the following special conditions:

The defendant shall participate in an approved program for domestic violence.

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

## CAUSE

On or about October 23, 2009, Westbrook was named in a criminal complaint for his role in a domestic dispute which occurred on October 11, 2009. On this date, at 1:02am, East Orange Police Department responded to a disturbance call near 88 Ashland Street. Fenice B. Smith, the offender's ex-girlfriend, reported that Westbrook struck her with a closed fist causing visible swelling to her face.

Respectfully submitted,

By: Joseph Empirio, U.S.P.O.
Date: 01/05/10

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

1/08/10
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in an approved program for domestic violence.

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

Witness: _____        Signed: _____
U.S. Probation Officer                                      Supervised Releasee
Joseph Empirio                                                Larry Westbrook

12-10-09
DATE